AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
MARTIN FEDERICO PEREZ LOPEZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0735

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    MARTIN FEDERICO PEREZ LOPEZ

    I certify that I am admitted to practice in this court.

3/11/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 11, 2008                              _____/s/ Shaffy Moeel_____
                                                   SHAFFY MOEEL
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   e-mail: Shaffy_Moeel@fd.org